**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| GEORGE POMROY, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF MARIANN POMROY DECEASED, | : No. 98 EAL 2015<br>:<br>:<br>: Petition for Allowance of Appeal from the |
| Petitioner | : Order of the Superior Court<br>:<br>: |
| v. | :<br>:<br>: |
| HOSPITAL OF THE UNIVERSITY OF PENNSYLVANIA AND ANTHONY G. ROSATO, EXECUTOR OF THE ESTATE OF ERNEST F. ROSATO, M.D., DECEASED, | :<br>:<br>:<br>:<br>: |
| Respondents | : |

## ORDER

**PER CURIAM**

     **AND NOW**, this 16th day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.